**Motion GRANTED and Order filed September 17, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00664-CR

_____

## IN RE TERESA L. RIBELIN COOK, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 17-22196**

## ORDER

On August 29, 2019, relator Teresa L. Ribelin Cook, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Kelli Johnson, Judge of the 178th District Court, in Harris County, Texas, to set aside her order dated August 23, 2019, entered in trial court number 17-22196, styled *In re Investigation No. 17-22196*.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asks this court to stay the August 23, 2019 order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the August 23, 2019 order entered in trial court cause number 17-22196, *In re Investigation No. 17-22196,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Jewell, Bourilot, and Zimmerer.